Ryan A. Hamilton
CA Bar No. 291349
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139
ryan@hamlegal.com
*Attorney for the Plaintiff,*
*Richard N. Bell*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD N. BELL, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>STEPHEN JAMES BARBER; JETSETZ, INC.; and DOES 1-100, ROE Corporations I-X, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 3:18-cv-01491-DMS-BGS<br><br>**MOTION FOR DEFAULT JUDGMENT** |

　　　　Plaintiff, Richard N. Bell, hereby requests that the Court enter a default judgment against Defendants STEPHEN JAMES BARBER and JETSETZ, INC. for the following reasons and those stated in the accompanying brief:

1.　　Pursuant to the Federal Rule of Civil Procedure 55, Plaintiff is entitled to judgment by default against Defendants STEPHEN JAMES BARBER and JETSETZ, INC. Plaintiff served Defendants STEPHEN JAMES BARBER and JETSETZ, INC. with the Summons and Complaint on August 15, 2018. Defendants STEPHEN JAMES BARBER and JETSETZ, INC. have failed to respond to Plaintiff's allegations within the time specified by Federal Rule of Civil Procedure 12(a), and the Clerk entered Default on February 19, 2019.

2.　　Therefore, as stated in the accompanying brief, Plaintiff has shown sufficient facts to establish Defendants' liability for willful and deliberate infringement, and default has already been

1

1  entered, this Court should enter default judgment against Defendants. Based on the willful actions
2  of Defendants, which led to the infringement of Plaintiff's copyrighted work, the Court should
3  enter judgment against Defendants STEPHEN JAMES BARBER and JETSETZ, INC. for at least
4  $150,000 in statutory damages plus $687.14 in costs to Plaintiff.
5  3.    In addition, the Copyright Act authorizes both declaratory and injunctive relief in
6  situations where it is reasonable for the purposes of restraining or preventing infringement of
7  copyright. 17 U.S.C. § 502(a). Plaintiff is entitled to both Injunctive and Declaratory relief.
8  4.    The appropriate injunction will prohibit Defendants STEPHEN JAMES BARBER and
9  JETSETZ, INC. from posting the photograph on their website.
10 5.    Mr. Bell has stated that he took the Indianapolis Photo and has received a valid certificate
11 of copyright for the photograph. Thus, this Court declares Mr. Bell is the owner of the
12 Indianapolis Photo and that he owns all the copyrights to the photo.
13 6.    The Court further find that Defendants STEPHEN JAMES BARBER and JETSETZ, INC.
14 have no rights whatsoever to the Indianapolis Photo and that the Defendants STEPHEN JAMES
15 BARBER and JETSETZ, INC. publication of the Indianapolis Photo constituted copyright
16 infringement and own no rights whatsoever in the Indianapolis Photo.
17 7.    Section 503(b) of the Copyright Act provides for the impounding and destruction "or other
18 reasonable disposition" of the infringing copies "and all plates, molds, matrices, masters, tapes,
19 file negatives, or other articles by means of which such copies...may be reproduced."
20 8.    This Court should order Defendants STEPHEN JAMES BARBER and JETSETZ, INC. to
21 turn over all images of the Indianapolis Photo to the Plaintiff and are further enjoined for life for
22 publishing the Indianapolis Photo.
23     / / /
24     / / /
25     / / /

Wherefor, for the reasons set forth in the accompanying Brief and this Motion the Court should award Plaintiff damages in the amount of $150,687.14 and enter an injunction against the Defendants.

DATED this 6th Day of June, 2019.

                                                Respectfully submitted,

By: */s/ Ryan Hamilton*_____
    RYAN A. HAMILTON, ESQ.
    CA BAR NO. 291349
    HAMILTON LAW
    5125 S. Durango Dr., Ste. C
    Las Vegas, NV 89113
    (702) 818-1818
    (702) 974-1139
    ryan@hamlegal.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2019 a copy of the foregoing was filed by operation of the Court's CM/ECF system. Notice of this filing has been filed on the following parties through the Court's CM/ECF system, Email or United States first class mail, postage as indicated:

U.S. First Class Mail:

Stephen Barber
JetSetz, Inc.
10228 S. White Rock Road
Rancho Cordova, CA 95670

                                               */s/ Chellsea Tully*_____
                                               Employee of Hamilton Law